FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

OCT 2 2 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 3:07cr252-MEF |
| v. | ) | [21 U.S.C. 843(b)] |
| | ) | |
| ASHLEY CLAREN CANADY | ) | **INDICTMENT** |

### COUNT 1

That on or about November 10, 2004, in Macon County, within the Middle District of Alabama, the defendant,

ASHLEY CLAREN CANADY,

did knowingly and intentionally use a communication facility, to wit, the United States mail, in committing and causing and facilitating the possession with the intent to distribute and distribution of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 843(b).

### COUNT 2

That on or about December 9, 2004, in Macon County, within the Middle District of Alabama, the defendant,

ASHLEY CLAREN CANADY,

did knowingly and intentionally use a communication facility, to wit, the United States mail, in committing and causing and facilitating the possession with the intent to distribute and distribution of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 843(b).

A TRUE BILL

_/s/ Foreperson_
FOREPERSON

_/s/ Leura G. Canary_
LEURA G. CANARY
United States Attorney

_/s/ A. Clark Morris_
A. CLARK MORRIS
Assistant United States Attorney