IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| V. | * | CASE NO: 3:07cr252-MEF |
| ASHLEY CANADY, | * | |
| DEFENDANT. | * | |

**ENTRY OF APPEARANCE**

COMES NOW R. Martin Adams, the undersigned counsel, and enters his Notice of Appearance for Defendant, ASHLEY CANADY, in the above styled case.

Dated this the 26th day of November, 2007.

/s/ R. Martin Adams
ATTORNEY FOR DEFENDANT

OF COUNSEL:
R. Martin Adams
The Cochran Firm Criminal Defense-Birmingham, LLC
505 20th Street North
Suite 825
Birmingham, AL 35203
madams@graceba.net

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 26th day of November, 2007, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

/s/ R. Martin Adams
OF COUNSEL