IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICAN,

    Plaintiff,

CASE NO.: 07-252-MEF

ASHLEY CANADY,

    Defendant.

## MOTION TO WITHDRAW

COMES now, Sydney Albert Smith, CJA Panel Attorney, and moved to withdraw as R. Martin Adams has entered an appearance for the Defendant.

Respectfully submitted this the 26th day of November, 2007.

    S/Sydney Albert Smith
    Sydney Albert Smith
    P O Drawer 389
    Elba, AL 36323
    334-897-3658    Phone
    334-897-6824    Fax
    sydneyalbertsmith@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 26th day of November, 2007, filed the foregoing with the Clerk of Court by means of the CM/ECF which will send notice to all counsel of record.

    S/Sydney Albert Smith
    Attorney at Law