## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:07-cr-252-MEF |
| ) | |
| ASHLEY CLAREN CANADY ) | |

## ORDER

Upon consideration of the Motion to Withdraw as Attorney, filed November 26, 2007, and for good cause, it is

ORDERED that the motion is GRANTED and Joshua Logan McKeown shall be designated as counsel.

DONE, this 11th day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE