IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO |
| | ) | 3:07CR252-MEF |
| ASHLEY CLAREN CANADY | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on 2/15/2008, before the undersigned Magistrate Judge.  Present at this conference were Joshua McKeown, counsel for the defendant, and Assistant United States Attorney, Clark Morris, counsel for the government.  As a result of the conference, it is

ORDERED as follows:

1. Jury selection is set for **4/28/2008 in Opelika, Alabama**.  The trial of this case is set for the trial term commencing on **4/28/2008**, before **United States District Judge Mark E. Fuller** and is expected to last  2 days.

2.   There are no motions currently pending.

3. Proposed voir dire questions shall be filed on or before **4/21/2008.**  Counsel should not include questions seeking information which is provided in the jury questionnaire.

4.  All motions in limine shall be filed on or before **4/21/2008** .   Motions in limine must be accompanied by a brief.  Failure to file a brief will result in denial of the motion.

5.  Proposed jury instructions shall be filed on or before **4/21/2008 .**

6. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before noon on **4/16/2008**. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **4/28/2008**. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **4/28/2008**, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 15th day of February, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE