IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| V. | * | CASE NO: 3:07cr252-MEF |
| ASHLEY CANADY, | * | |
| DEFENDANT. | * | |

### MOTION TO CONTINUE

COMES NOW the defendant, Ashley Canady, by and through the undersigned counsel, and moves this Honorable Court to continue the Trial in this matter, and as grounds therefore would say as follows:

1. The defendant's counsel has been involved in negotiations with the United States Attorney's office in attempts to settle this case.

2. The defendant's counsel has consulted with the United States Attorney's office regarding a continuance in this matter and there is no objection.

3. The defendant has signed a Waiver of Speedy Trial notice. (See Attached)

WHEREFORE, the defendant prays this Court will grant a continuance for the reasons stated herein.

Dated this the 15th day of April, 2008.

/s/ R. Martin Adams
ATTORNEY FOR DEFENDANT

OF COUNSEL:
R. Martin Adams
The Cochran Firm Criminal Defense-Birmingham, LLC
505 20th Street North
Suite 825
Birmingham, AL 35203
madams@graceba.net

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have on this the 15th day of April, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

                                                  /s/ R. Martin Adams
                                                OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| V. | *   CASE NO: 3:07cr252-MEF |
| ASHLEY CANADY, | * |
| DEFENDANT. | * |

### WAIVER OF SPEEDY TRIAL NOTICE

COMES NOW the defendant, Ashley Canady, after being advised of her right to a speedy trial as guaranteed her by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. §3161, and hereby waives her right to a speedy trial in this case.

Done this the 11 day of April, 2008.

_____
ASHLEY CANADY
DEFENDANT