IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| V. | * | CASE NO: 3:07cr252-MEF |
| ASHLEY CANADY, | * | |
| DEFENDANT. | * | |

## MOTION TO CONTINUE

COMES NOW the defendant, Ashley Canady, by and through the undersigned counsel, and moves this Honorable Court to continue the Trial in this matter, and as grounds therefore would say as follows:

1. The defendant filed an Application for Pretrial Diversion on or about March 5, 2008.

2. The undersigned counsel has consulted with the United States Attorney's office regarding a continuance of the trial pending the ruling on the Application for Pretrial Diversion.

3. The United States Attorney's office has no objection to a continuance for this purpose.

4. The Assistant United States Attorney assigned to the above referenced matter will be out of town this week and will not be available for discussions regarding this case with the undersigned counsel.

5. The defendant has signed a Waiver of Speedy Trial notice. (See Attached)

WHEREFORE, the defendant prays this Court will grant a continuance for the reasons stated herein.

Dated this the 17th day of July, 2008.

/s/ R. Martin Adams
ATTORNEY FOR DEFENDANT

OF COUNSEL:
R. Martin Adams
The Cochran Firm Criminal Defense-Birmingham, LLC
505 20th Street North
Suite 825
Birmingham, AL 35203
adams@parkmanlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 17th day of July, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

/s/ R. Martin Adams
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| V. | * | CASE NO: 3:07cr252-MEF |
| ASHLEY CANADY, | * | |
| DEFENDANT. | * | |

**WAIVER OF SPEEDY TRIAL NOTICE**

COMES NOW the defendant, Ashley Canady, after being advised of her right to a speedy trial as guaranteed her by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. §3161, and hereby waives her right to a speedy trial in this case.

Done this the 16 day of July, 2008.

_____
ASHLEY CANADY
DEFENDANT