IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cr-252-MEF |
| | ) | (WO) |
| ASHLEY CLAREN CANADY | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion to Continue (Doc. #22) filed on July 17, 2008, it is hereby

ORDERED that the motion is DENIED.

DONE this the 18th day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE