IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 3:07CR252-MEF |
| | ) | |
| ASHLEY CLAREN CANADY | ) | |

### **ORDER**

For good cause, it is

ORDERED that a second Pretrial Conference is scheduled in this case on 9/29/2008 at 11:00 a.m. a.m. in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama.

DONE this 23rd day of July, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE