IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cr-252-MEF |
| | ) | |
| ASHLEY CLAREN CANADY | ) | |

# **O R D E R**

Upon consideration of the government's Motion for Leave to Dismiss Indictment (Doc. #29) filed on January 7, 2009, it is hereby

ORDERED that the motion is GRANTED and this case is DISMISSED..

DONE this the 9th day of January, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE